UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Randolph E. Stefanson, as
guardian ad litem for Steven
G. Roman, Jr.,

                ORDER ADOPTING
                REPORT AND RECOMMENDATION

        Plaintiff,

  vs.                        Civ. No. 06-169 (PJS/RLE)

Henry Fehr and Schneider
National Carriers, Inc.,

        Defendant.

* * * * * * * * * * * * * * * * * * *

Steven G. Roman,

        Plaintiff,

  vs.                        Civ. No. 06-1444 (PJS/RLE)

Henry Fehr, Schneider
National Carriers, Inc.,

        Defendants,

  and

State of Minnesota,
Human Services Department,

                    Movant for Intervention.     Civ. No. 06-1444 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, IT IS ORDERED:

1.      That Civ. No. 06-1444 (PJS/RLE) is consolidated with Civ. No. 06-169 (PJS/RLE) for all pretrial and Trial purposes.

2.      The Clerk of Court is ordered to close Civ. No. 06-1444 (PJS/RLE) and all current filings in Civ. No. 06-1444 (PJS/RLE) are to be transferred to Civ. No. 06-169 (PJS/RLE). All future filings are to be filed only in Civ. No. 06-169 (PJS/RLE).

Dated: August 30, 2006

                                              s/Patrick J. Schiltz
                                              PATRICK J. SCHILTZ
                                              United States District Judge